IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

JERMOL CHIN, #42743-037

    Petitioner,

       v.                        CIVIL NO.: WDQ-10-2093
                              CRIMINAL NO.: WDQ-06-0552
UNITED STATES OF AMERICA

    Respondent.

\* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 18th day of October 2010, ORDERED that:

1. Chin's motion construed pursuant to 28 U.S.C. § 2255 (Paper No. 44) BE, and HEREBY IS, DISMISSED without prejudice for lack of jurisdiction;

2. Chin's motion for appointment of counsel (Paper No. 46), BE, and HEREBY IS, DENIED;

3. Chin's motion in opposition to recharacterization (Paper No. 48), BE, and HEREBY IS, DENIED;

4. The Clerk of the Court shall close this case; and

5. The Clerk of the Court shall send copies of this Memorandum Opinion and Order to the petitioner.

                                              /s/
                                    William D. Quarles, Jr.
                                    United States District Judge